# Exhibit B

6/28/22, 11:05 AM
RAICES Mail - Request Acknowledgement by Department of Homeland Security
Case 4:22-cv-07772-KAW - Document 1-2 - Filed 12/08/22 - Page 2 of 2



**Yvette Changuin <yvette.changuin@raicestexas.org>**

## Request Acknowledgement by Department of Homeland Security

**donotreply@hq.dhs.gov** <donotreply@hq.dhs.gov>                     Fri, Jun 24, 2022 at 7:30 PM
To: yvette.changuin@raicestexas.org

Dear Yvette  Changuin ,

Request Number 2022-ICFO-21370 has been assigned to the request you submitted. In all future correspondence regarding this request please reference request number 2022-ICFO-21370.

Regards,

Department of Homeland Security