# Exhibit E

| Organization | Received Date | Request Description | Request ID | Requester Name |
|---|---|---|---|---|
| U.S. Immigration Bonds & Insurance Services, Inc. | 7/30/15 | a copy of the ERO Bond Management Handbook from 08/19/2014 | 2015-ICFO-89873 | (b)(6)(b)(7)(c ) |