ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
DAVID M. DEVITO (CABN 243695)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7332
Facsimile: (415) 436-6748
E-mail: david.devito@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIONAL BAIL FUND NETWORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Defendants. | Case No. 4:22-cv-07772-HSG <br><br> **STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE (as modified)** <br><br> CMC: May 9, 2023 at 2 p.m. |

Pursuant to Civ. L.R. 6-2 and 7-12, the Parties, through undersigned counsel, submit the following stipulation and request to continue the initial case management conference and associated deadlines.

WHEREAS, on December 8, 2022, Plaintiffs National Bail Fund Network, *et al.*, ("Plaintiffs") filed the Complaint asserting claims under the Freedom of Information Act ("FOIA"), to which Defendants U.S. Immigration and Customs Enforcement and U.S. Department of Homeland Security ("Defendants") filed an Answer and Affirmative Defenses on February 10, 2023.  (ECF No. 32).

WHEREAS, an Initial Case Management Conference is currently set for May 9, 2023.  (ECF No. 41).

1  WHEREAS, the Parties have met and conferred regarding case management and FOIA record production issues.

2  WHEREAS, as a result of that meet and confer, the Parties agree that Defendants will make an initial production in response to Plaintiffs' FOIA request on or before April 30, 2023, and a second production on or before May 31, 2023. The Parties further agree that additional time is needed for Defendants to continue processing records in response to Plaintiffs' FOIA request, and to determine what records will be made proactively available on Defendants' website. The Parties also require additional time to determine whether they have any further disputes and, if so, whether they can be resolved without the need for further litigation.

NOW THEREFORE, the Parties hereby STIPULATE, by and through their undersigned counsel, pursuant to Civil Local Rules 6-2 and 7-12, and based on the accompanying Declaration of David M. DeVito, that the initial case management conference should be continued to July 18, 2023 at 2:00 p.m., or any date thereafter that is convenient for the Court, and that any associated deadlines shall be continued in conformity therewith; and the Parties respectfully request that the Court order the continuance.

IT IS SO STIPULATED.

DATED: April 24, 2023                Respectfully submitted,

                                     ISMAIL J. RAMSEY
                                     United States Attorney

                                     */s/ David M. DeVito*
                                     DAVID M. DEVITO
                                     Assistant United States Attorney

                                     *Attorneys for Defendants**

DATED: April 24, 2023                IMMIGRANT LEGAL DEFENSE

                                     */s/ Claudia Valenzuela*
                                     CLAUDIA VALENZUELA

                                     *Attorneys for Plaintiffs*

---

* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Plaintiffs has concurred in the filing of this document.

STIPULATION AND ORDER TO CONTINUE CMC
Case No. 4:22-CV-07772-HSG

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ordered that:

1. The Telephonic Case Management Conference currently set for May 9, 2023 at 2:00 p.m. is hereby continued to July 18, 2023 at 2:00 p.m.; and

2. The Parties will provide the Court with a Joint Case Management Statement by July 11, 2023.

NOTE: All attorneys and pro se litigants appearing for a telephonic case management conference are required to dial-in at least 15 minutes before the hearing to check-in with the CRD.

IT IS SO ORDERED.

DATED: 4/25/2023

HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge