**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NATIONAL BAIL FUND NETWORK, et al., | Case No. 4:22-cv-07772-HSG |
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | **CMC: July 18, 2023 at 2p.m.** |
| Defendants. | |

Pursuant to Civ. L.R. 6-2 and 7-12, the Parties, through undersigned counsel, submit the following stipulation and request to continue the initial case management conference and associated deadlines.

WHEREAS, on December 8, 2022, Plaintiffs National Bail Fund Network, *et al.*, ("Plaintiffs") filed the Complaint asserting claims under the Freedom of Information Act ("FOIA"), to which Defendants U.S. Immigration and Customs Enforcement and U.S. Department of Homeland Security ("Defendants") filed an Answer and Affirmative Defenses on February 10, 2023.  (ECF No. 32).

WHEREAS, an Initial Case Management Conference is currently set for July 18, 2023.  (ECF No. 43).

WHEREAS, the Parties met and conferred regarding case management and FOIA record production issues and agreed-upon a production schedule (ECF No. 42) and Defendants produced records pursuant to that schedule.

1    WHEREAS, Plaintiffs requested and Defendants agreed to additional time for Plaintiffs to

2  review Defendants' second production, produced on or around May 30, 2023. The Parties also require

3  additional time to determine whether they have any further disputes and, if so, whether they can be

4  resolved without the need for further litigation.

5    NOW THEREFORE, the Parties hereby STIPULATE, by and through their undersigned counsel,

6  pursuant to Civil Local Rules 6-2 and 7-12, and based on the accompanying Declaration of Claudia

7  Valenzuela, that the initial case management conference should be continued to August 15, 2023 at 2:00

8  p.m., or any date thereafter that is convenient for the Court, and that any associated deadlines shall be

9  continued in conformity therewith; and the Parties respectfully request that the Court order the

10 continuance.

11    IT IS SO STIPULATED.

12

13 DATED: June 28, 2023                          Respectfully submitted,

14                                               IMMIGRANT LEGAL DEFENSE

15                                               /s/ Claudia Valenzuela
                                                 CLAUDIA VALENZUELA

16
17                                               Attorneys for Plaintiffs[*]

18
19 DATED: June 28, 2023                          ISMAIL J. RAMSEY
                                                 United States Attorney

20                                               /s/ Sapna Mehta
                                                 SAPNA MEHTA
21                                               Assistant United States Attorney

22                                               Attorneys for Defendants

23

24

25

26
   _____

27    [*] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty
   of perjury that counsel for Defendants has concurred in the filing of this document.

28

STIPULATION AND ORDER TO CONTINUE CMC
Case No. 4:22-CV-07772-HSG

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the stipulation of the parties, it is hereby ordered that:

1.  The Telephonic Case Management Conference currently set for July 18, 2023 at 2:00 p.m. is hereby continued to August 15, 2023 at 2:00 p.m.; and

2.  The Parties will provide the Court with a Joint Case Management Statement by August 8, 2023.

IT IS SO ORDERED.

DATED:_____6/29/2023_____

HONORABLE. HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION AND ORDER TO CONTINUE CMC
Case No. 4:22-CV-07772-HSG

3