UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL BAIL FUND NETWORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> IMMIGRATION & CUSTOMS ENFORCEMENT, et al., <br><br> Defendants. | Case No. 22-cv-07772-HSG <br><br> **SCHEDULING ORDER** |

A case management conference was held on August 15, 2023. Having considered the parties' proposals, *see* Dkt. No. 48, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | October 13, 2023 |
| Deadline for Defendants' Motion for Summary Judgment | October 20, 2023 |
| Deadline for Plaintiffs' Opposition and Cross-Motion for Summary Judgment | November 17, 2023 |
| Deadline for Defendants' Opposition and Reply | December 1, 2023 |
| Deadline for Plaintiffs' Reply | December 8, 2023 |
| Hearing on Cross-Motions for Summary Judgment | December 14, 2023, at 2:00 p.m. |

//

//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause.  The parties are directed to review and comply with this Court's standing orders.
3   **IT IS SO ORDERED.**
4   Dated:    9/8/2023

*[signature: Haywood S. Gilliam Jr.]*
HAYWOOD S. GILLIAM, JR.
United States District Judge