ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-6748
    sapna.mehta@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIONAL BAIL FUND NETWORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT and U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants. | Case No. 4:22-cv-07772-HSG <br><br> **STIPULATED REQUEST TO VACATE SUMMARY JUDGMENT BRIEFING SCHEDULE; ORDER** |

      Plaintiffs National Bail Fund Network, NorCal Resist, Refugee and Immigrant Center for Education and Legal Services, Prairielands Freedom Fund, and American Immigration Council ("Plaintiffs") and Defendants United States Immigration and Customs Enforcement and U.S. Department of Homeland Security ("Defendants"), by and through their undersigned counsel, submit this stipulated request to vacate the summary judgment briefing schedule set forth in the Court's September 8, 2023 Scheduling Order (Dkt. 53). This stipulation is based on the following facts:

    1.    Plaintiffs filed a complaint initiating this case on December 8, 2022, asserting claims under the Freedom of Information Act ("FOIA").

    2.    The Court set the following schedule (Dkt. 53) for briefing of the parties' cross-motions

for summary judgment: Defendants' motion is due by October 20, 2023, Plaintiffs' opposition and cross-motion is due by November 17, 2023, Defendants' opposition and reply is due by December 1, 2023, and Plaintiffs' reply is due by December 8, 2023. A hearing on the motions for summary judgment is set for December 14, 2023.

3. The parties have been meeting and conferring to narrow the issues in dispute in this case and have made significant progress towards informally resolving all issues, including the substantive issues in this case and Plaintiffs' request for attorneys' fees. To give the parties additional time to continue those discussions so that they may attempt to resolve this matter, the parties stipulate and request that the deadlines for the summary judgment briefing schedule be vacated.

4. The parties will file a joint status report by December 11, 2023. If resolution is reached before then, the parties will file a stipulation of dismissal.

5. The parties respectfully submit that this is the most efficient manner in which to proceed and will conserve both the parties' and the Court's resources.

DATED: October 11, 2023                  Respectfully submitted,

                                         ISMAIL J. RAMSEY
                                         United States Attorney

                                         */s/ Sapna Mehta*
                                         SAPNA MEHTA
                                         Assistant United States Attorney

                                         Attorney for Defendants


DATED: October 11, 2023                  IMMIGRANT LEGAL DEFENSE

                                         */s/ Jessica Zhang*
                                         JESSICA ZHANG

                                         Attorneys for Plaintiffs

# ATTESTATION

In compliance with Civil L.R. 5-1(h)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: October 11, 2023          By:     /s/ Sapna Mehta
                                          SAPNA MEHTA
                                          Assistant United States Attorney
                                          Attorney for Defendant

# ORDER

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that the summary judgment briefing deadlines set forth in the Scheduling Order (Dkt. 53) are VACATED.  The parties shall file a joint status report by December 11, 2023.

IT IS SO ORDERED.

DATED: 10/12/2023

_____
THE HON. HAYWOOD S. GILLIAM, JR.
United States District Judge