UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| NATIONAL BAIL FUND NETWORK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT and U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Case No. 4:22-CV-07772-HSG <br><br> **ORDER GRANTING EMILY CREIGHTON'S MOTION TO WITHDRAW AS COUNSEL** |

**ORDER GRANTING MOTION TO WITHDRAW**

Pursuant to Local Rule 11-5, the Court grants Ms. Creighton's Motion to Withdraw as Counsel for Plaintiff in the above-captioned case.

IT IS SO ORDERED.

Dated: 10/19/2023

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

ORDER GRANTING ATTORNEY EMILY CREIGHTON'S MOTION TO WITHDRAW
Case No. 4:22-CV-07772-HSG