ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-6748
    sapna.mehta@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATIONAL BAIL FUND NETWORK, et al., | Case No. 4:22-cv-07772-HSG |
| Plaintiffs, | **STIPULATION OF SETTLEMENT; ORDER** |
| v. | |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT and U.S. DEPARTMENT OF HOMELAND SECURITY, | |
| Defendants. | |

    IT IS HEREBY STIPULATED by and between the undersigned Plaintiffs National Bail Fund Network, NorCal Resist, Refugee and Immigrant Center for Education and Legal Services, Prairielands Freedom Fund, and American Immigration Council (collectively, "Plaintiffs") and Defendants U.S. Immigration and Customs Enforcement and U.S. Department of Homeland Security (collectively, "Defendants"), by and through their respective attorneys, as follows:

    WHEREAS, Plaintiffs filed the above-captioned action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552(a)(4)(B) on December 8, 2022;

WHEREAS, Plaintiffs and Defendants wish to avoid any further litigation and controversy and to settle and compromise fully any and all claims and issues that have been raised, or could have been raised, in this action;

NOW, THEREFORE, in consideration of the mutual promises contained in this Stipulation of Settlement ("Stipulation"), and other good and valuable consideration, the parties agree as follows:

1. No later than 30 days following the Court's approval of this Stipulation, Defendant U.S. Immigration and Customs Enforcement ("ICE") shall (1) send an instruction to each ICE Enforcement and Removal Operations ("ERO") field office asking them to provide any records that they maintain—apart from those that originated with ICE's Enforcement and Removal Operations, Bond Management Unit ("ERO-BMU")—regarding bond processing or to confirm that they have none, and (2) search ERO-BMU for the following categories of documents: (i) records relating to directives and instructions to ICE field offices and employees regarding CeBonds; (ii) records relating to procedures, forms and instructions regarding in-person bond payments; and (iii) records relating to procedures, forms and instructions for physical release of a non-citizen, including instances in which physical release may be delayed, upon the posting of a bond via CeBonds (the "Supplemental Search"). Subject to any applicable FOIA exemptions, ICE shall release the processed records of the Supplemental Search, if any, to Plaintiffs no later than 60 days following the Court's approval of this Stipulation. In exchange, Plaintiffs waive any challenge to the reasonableness, adequacy, or sufficiency of Defendants' search for records sought in their June 24, 2022 letter to Defendants (Dkt. 1-1) and through the Supplemental Search. If Plaintiffs are dissatisfied with ICE's withholdings in the Supplemental Search release, Plaintiffs shall raise those concerns to Defendants within 30 days of ICE's final release of records processed from the Supplemental Search. ICE shall consider Plaintiffs' challenges to withholdings in good faith and respond to Plaintiffs within 30 days from the time that Plaintiffs raise challenges to any withholdings.

2. No later than 30 days following the Court's approval of this Stipulation, ICE will discretionarily release to Plaintiffs the information redacted pursuant to FOIA exemption b(5) in the document previously released to Plaintiffs as 2023-ICLI-00011_704.

3. No later than 30 days following the Court's approval of this Stipulation, ICE will add a

"Bond Processing" header to its FOIA Library webpage and make available under that header the documents released to Plaintiffs as 2023-ICLI-00011_567-642 and 2023-ICLI-00011_643-645. Upon request by Plaintiffs within 30 days of the re-release described in Paragraph 2 above, ICE will also make available under that header the document re-released as 2023-ICLI-00011_704. Plaintiffs reserve the ability to request that ICE make available under that header other records that are released pursuant to the Supplemental Search; ICE agrees to consider such requests without commitment of its response.

    4.    Defendants shall pay $15,000 (fifteen thousand dollars and zero cents) to Plaintiffs in full and complete satisfaction of Plaintiffs' claims for attorneys' fees, costs, and litigation expenses under the FOIA, 5 U.S.C. § 552, as amended, in the above-captioned matter. This payment shall constitute full and final satisfaction of any and all of Plaintiffs' claims for attorneys' fees, costs, and litigation expenses that have been or will be incurred in the above-captioned matter, and is inclusive of any interest. Payment of this money will be made by one electronic funds transfer or check promptly after notification of the Court's entry of this Stipulation and after receipt of necessary information from Plaintiffs in order to effectuate the payment. Defendants will make all reasonable efforts to make payment within thirty (30) days of the date that Plaintiffs' counsel provides the necessary information for the electronic funds transfer and this Stipulation is approved by the Court, whichever is later, but cannot guarantee payment within that time frame.

    5.    In consideration of the terms set forth in this Stipulation, Plaintiffs hereby release and forever discharge Defendants, their successors, the United States of America, and any department, agency, or establishment of the United States, and any officers, employees, agents, successors, or assigns of such department, agency, or establishment, from any and all claims and causes of action that Plaintiffs assert or could have asserted in this litigation, or which hereafter could be asserted by reason of, or with respect to, or in connection with, or which arise out of, the specific FOIA requests on which this action is based, including but not limited to all past, present, or future claims for attorneys' fees, costs, or litigation expenses in connection with the above-captioned litigation.

    6.    ICE agrees that this Stipulation does not preclude Plaintiffs from submitting FOIA requests pursuant to 5 U.S.C. § 552(a)(3) in the future for records related to CeBonds.

    7.    The provisions of California Civil Code Section 1542 are set forth below:

"A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party."

Plaintiffs having been apprised of the statutory language of Civil Code Section 1542 by Plaintiffs' attorney, and fully understanding the same, nevertheless elects to waive the benefits of any and all rights Plaintiffs may have pursuant to the provision of that statute and any similar provision of federal law. Plaintiffs understand that, if the facts concerning any injuries, liability for damages pertaining thereto, or liability for attorneys' fees, costs or litigation expenses are found hereafter to be other than or different than the facts now believed by it to be true, this Stipulation shall be and remain effective notwithstanding such material difference.

8. In consideration of the terms of this Stipulation, Plaintiffs agree to execute a Stipulation of Dismissal within seven days of the Court's approval of this Stipulation, a copy of which is attached hereto as Exhibit A. The Stipulation of Dismissal shall dismiss, with prejudice, all claims asserted in this action, or that could have been asserted in this action. The fully executed Stipulation of Dismissal will be held by Defendants' attorney and will be filed with the Court within five (5) business days of the expiration of the final 30-day period set forth in Paragraph 1 above.

9. The parties acknowledge that this Stipulation is entered into solely for the purpose of settling and compromising any remaining claims in this action without further litigation, and it shall not be construed as evidence or as an admission on the part of Defendants, the United States, its agents, servants, or employees regarding any issue of law or fact, or regarding the truth or validity of any allegation or claim raised in this action, or as evidence or as an admission by the Defendants regarding Plaintiffs' entitlement to attorneys' fees, costs, or other litigation expenses under FOIA. This Stipulation shall not be used in any manner to establish liability for fees or costs in any other case or proceeding involving Defendants.

10. This Stipulation is binding upon and inures to the benefit of the parties hereto and their respective successors and assigns.

11.    If any provision of this Stipulation shall be held invalid, illegal, or unenforceable, the validity, legality, and enforceability of the remaining provisions shall not in any way be affected or impaired thereby.

12.    This Stipulation shall constitute the entire agreement between the parties, and it is expressly understood and agreed that this Stipulation has been freely and voluntarily entered into by the parties hereto. The parties further acknowledge that no warranties or representations have been made on any subject other than as set forth in this Stipulation.

13.    The persons signing this Stipulation warrant and represent that they possess full authority to bind the persons on whose behalf they are signing to the terms of the Stipulation.

14.    This Stipulation may not be altered, modified or otherwise changed in any respect except in writing, duly executed by all of the parties or their authorized representatives.

15.    It is contemplated that this Stipulation may be executed in several counterparts, with a separate signature page for each party. All such counterparts and signature pages, together, shall be deemed to be one document.

IT IS SO STIPULATED.

DATED: January 11, 2024

Jessica Zhang
Attorney for Plaintiffs National Bail Fund Network, NorCal Resist, Refugee and Immigrant Center for Education and Legal Services, Prairielands Freedom Fund, and American Immigration Council

ISMAIL J. RAMSEY
United States Attorney

DATED: January 11, 2024    By: _____
Sapna Mehta
Assistant United States Attorney
Attorney for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/11/2024

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge